IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH TIGER D. PRINCE,

  Plaintiff,

    v.

STAN SHEPARD
Regional (Assistant) Director of
Northern District, et al.,

  Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-3455-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending dismissing the action as to the Defendant Shepard and transferring the case to the Augusta Division of the Southern District of Georgia. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The action is DISMISSED as to the Defendant Shepard. The case is TRANSFERRED to the Augusta Division of the Southern District of Georgia.

SO ORDERED, this 11 day of January, 2018.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge